# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON DONTE ADKINS,<br><br>        Petitioner,<br><br>        v.<br><br>HEDGEPATH, Warden,<br><br>        Respondent. | Case No. CV 08-3010-PA (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 19, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE